RECEIVED
IN CLERK'S OFFICE
NOV 1 6 2015
U.S. DISTRICT COURT
MID. DIST. TENN
FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
NOV 1 6 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Derrick F. Peppers
_____
**Name of Plaintiff**

v.

Stephens pipe and Steel
_____
**Name of Defendant(s)**

Case No. _____
(To be assigned by Clerk)

Jury Demand  ☐ Yes ☐ No

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, Derrick Peppers, is a citizen of the United States and resides at 209 Trailway Circle, Nashville, Davidson, TN, 37207, 615-568-5172.
   Street address / City / County / State / Zip Code / Telephone Number

3. Defendant, Stephens pipe & steel, resides at, or its business is located at 500 Myatt Drive, Madison, Davidson, TN, 37115.
   Street address / City / County / State / Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

_____

_____

_____

_____

_____.

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

   <u>506 myatt Dri</u>, <u>m. Adison</u>
   Street address                          City

   <u>Davidson</u>, <u>TN</u>, <u>37115</u>.
   County       State      Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about <u>Oct</u> <u>13</u> <u>2013</u>.
   Month   Day   Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about <u>Nov</u> <u>12</u> <u>2013</u>.
   Month   Day   Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on <u>Oct</u>
   Month
   <u>21</u> <u>2015</u>, a copy of which Notice is attached.
   Day   Year

8. Because of Plaintiff's (1) <u>X</u> race, (2) <u>X</u> color, (3) _____ sex,

   (4) _____ religion, (5) _____ national origin, the Defendant:

    a. _____ failed to employ Plaintiff.

    b. \_\_\_X\_\_\_\_ terminated Plaintiff's employment.

    c. _____ failed to promote Plaintiff.

    d. _____ retaliated against Plaintiff for having filed a charge of discrimination.

    e. _____ other. Explain: Through out my employment at Stephens' pipe & steel xl was made to endure racial slurs and treated differently when xl finally address this xl was fired

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

constant remarks of being the token or Quota made to work late when others could leave made to work under conditions that other employees where not.

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

    a. _____ are still being committed by Defendant.

    b. _____ are no longer being committed by Defendant.

    c. \_\_\_X\_\_\_\_ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a. _____ direct that Defendant employ Plaintiff, or

b. _____ direct that Defendant re-employ Plaintiff, or

c. _____ direct that Defendant promote Plaintiff, or

d. __X__ order other equitable or injunctive relief: _____

_____.

e. _____ direct that Defendant pay Plaintiff back pay in the amount of

_____ and interest on back pay;

f. _____ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _____

_____.

g. __X__ direct that Defendant pay Plaintiff punitive damages in the amount of 250,000 because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

_____
(Signature of Plaintiff)