UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DERRICK F. PEPPERS,** | ) |
| **Plaintiff,** | ) |
| v. | ) No. 3:15-cv-01243 |
| | ) Chief Judge Sharp |
| **STEPHENS PIPE AND STEEL,** | ) |
| **Defendant.** | ) |

## O R D E R

Plaintiff Derrick Peppers, a resident of Nashville, Tennessee, filed this *pro se* action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, *et seq.* against his former employer, Stephens Pipe and Steel. (Docket No. 1).

By order entered on November 23, 2015, the court denied the plaintiff's application to proceed *in forma pauperis* and ordered the plaintiff to submit either the full civil filing fee or a revised application to proceed *in forma pauperis* within 14 days of receiving the court's order. (Docket No. 3).

To date, the plaintiff has not submitted the civil filing fee or a revised application to proceed *in forma pauperis*. Neither has the plaintiff requested an extension of time within which to comply with the court's prior order. The docket sheet reflects that the Clerk's Office mailed a copy of the court's order to the plaintiff on November 24, 2015, at the mailing address provided by the plaintiff to the court. (Docket No. 4). The docket sheet further reflects that the court's order was received and signed for by Clara M. Peppers on the plaintiff's behalf on November 25, 2015. (Docket No. 5).

An action is subject to dismissal for want of prosecution where the *pro se* litigant fails to

1

comply with the court's orders or engages in a clear pattern of delay. *Gibbons v. Asset Acceptance Corp.*, No. 1:05CV467, 2006 WL 3452521, at *1 (S.D. Ohio Nov. 29, 2006); *see also Pilgrim v. Littlefield,* 92 F.3d 413, 416 (6th Cir. 1996). District courts have the inherent power to *sua sponte* dismiss an action for want of prosecution "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash Railroad,* 370 U.S. 626, 630-31 (1962).

This action is hereby **DISMISSED** for failure to comply with the order of the court and for want of prosecution. Fed. R. Civ. P. 41(b).

Because an appeal would **NOT** be taken in good faith, the plaintiff is **NOT** certified to pursue an appeal from this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

This order constitutes the judgement in this case.

It is so **ORDERED**.

Kevin H. Sharp
Chief United States District Judge